**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-7710**

_____

STERLING BOONE,

                              Plaintiff - Appellant,

        versus

RANDY   LEE,   Superintendent;   WILLIAM   MAYO,
Sargeant; JEFF BATTLE; LENWOOD KNIGHT; RICKY
ANDERSON,

                              Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Louise W. Flanagan,
District Judge. (CA-03-722-5-FL)

_____

Submitted: February 19, 2004        Decided:  February 26, 2004

_____

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Sterling Boone, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Sterling Boone appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny Boone's motion to proceed on appeal in forma pauperis and dismiss the appeal on the reasoning of the district court. See Boone v. Lee, No. CA-03-722-5-FL (E.D.N.C. Oct. 8, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED